Another, Impleaded with Others.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. ·

L. LOWYS PAUL and Another v. CARPENTER FURNITURE CO., INC.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

L. LOWYS PAUL and Another v. CARPENTER FURNITURE CO., INC.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

PHILIP ADLER v. ASSIR M. LEWINE.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FEDERAL CREDIT BUREAU, INC., v. NARICE HOLDING CORPORATION, by Original Summons and between Said NARICE HOLDING CORPORATION and IRON FIREMAN AUTOMATIC STOKER CORPORATION and Others, by Counterclaim.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.